AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
NHEAT NHEM

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:
1:07 MJ 45A

I, NHEAT NHEM, charged in a ☑ complaint ☐ petition pending in this District with CONSPIRACY TO COMMIT ROBBERY, CONSP. TO POSSESS WITH INTENT TO DISTRIBUTE 500 GRAMS COCAINE, FELON IN POSSESSION OF FIREARM in violation of Title 18 USC 1951, 18 USC 922(g)(1), 21 USC 841 (b)(1)(B), U.S.C., , and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

Nheat Nhem
*Defendant*

5/1/07
*Date*

[signature]
*Counsel for Defendant*