IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
: CR. No. CR 07 126 S
:
v. : In violation of 18 U.S.C.
: §§ 1951, 924(c) & 922(g)(1)
:
:
NHEAT NHIM :

FILED
SEP 27 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INFORMATION

The United States Attorney charges that:

COUNT 1

On or about April 26, 2007, in the District of Rhode Island, the defendant, NHEAT NHIM, did unlawfully, knowingly and willfully conspire and agree with Souvanh Keosouvanh, Vixay Phommarath and Khek Choummalaithong to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1).

All in violation of Title 18, United States Code, Section 1951.

COUNT 2

On or about April 26, 2007, in the District of Rhode Island, the defendant, NHEAT NHIM, did knowingly possess a firearm, to wit: an Armi Tanfoglio Giuseppe, model GT-27, .25 caliber semi-automatic pistol, in furtherance of a crime of violence, to wit:

conspiracy to obstruct, delay and affect commerce by robbery, in violation of Title 18, United States Code, Section 1951.

All in violation of Title 18, United States Code, Section 924(c).

COUNT 3

On or about April 26, 2007, in the District of Rhode Island, the defendant, NHEAT NIHM, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: an Armi Tanfoglio Giuseppe, model GT-27, .25 caliber semi-automatic pistol.

All in violation of Title 18, United States Code, Section 922(g)(1).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Date: 9/27/07