O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
NHEAT NHIM

WAIVER OF INDICTMENT

CR 07 126 S
CASE NUMBER:

I, NHEAT NHIM, the above named defendant, who is accused of

conspiracy to obstruct, delay and affect commerce by robbery; possession of a firearm in furtherance of a crime of violence; and possession of a firearm in and affecting commerce having been previously convicted of a felony

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 10-9-07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

NHEAT NHIM [signature]
Defendant

JAMES T. McCORMICK, ESQ. [signature]
Counsel for Defendant

Before [signature]
Judicial Officer