**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR. No. 07-126S** |
| | : | |
| | : | |
| **NHEAT NHIM** | : | |

**GOVERNMENT'S MOTION TO AMEND INFORMATION**

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Peter F. Neronha, Assistant U.S. Attorney, hereby moves the Court to amend Count 3 of the Information so as to correct a typographical error in the spelling of the defendant's last name. At present, in Count 3 of the Information, the defendant's last name is spelled "NIHM." This is incorrect. Instead, in Count 3, the defendant's last name should be spelled "NHIM", as it is spelled everywhere else in the Information. Accordingly, the government moves to correct the spelling of the defendant's last name in Count 3.

It is well settled that an indictment or information may be amended where the change is one of form rather than of substance. Russell v. United States, 369 U.S. 749, 770 (1962); United States v. Angiulo, 847 F.2d 956, 964 (1st Cir. 1988). It is equally well settled that the amendment of an indictment or information to correctly state a defendant's name is a change of form. E.g., United States v. Fawcett, 115 F.2d 764, 766-67 (3d Cir. 1940)("A

name is not of the substance of an indictment"); United States v. Owens, 334 F. Supp. 1030, 1031 (D. Minn. 1971)(granting government's motion to amend indictment to change defendant's first name from "Charles" to "Garland", because "the defect in name is a matter of form and not substance"); United States v. Canty, 971 F. Supp. 687, 689-90 (N.D.N.Y. 1997)(ordering amendment of indictment to reflect defendants' true names "in keeping with the modern view and broad legal consensus regarding misnomer"). Furthermore, Federal Rule of Criminal Procedure 7(e) provides that an Information may be amended at any time before verdict or finding of guilt "[u]nless an additional or different offense is charged or a substantial right of the defendant is prejudiced." The defendant here is not prejudiced by the correction of the incorrect spelling of his name in Count 3 of the Information.

To ensure that the records of the Court are accurate, the government requests that its motion be granted.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office

50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: October 10, 2007

Certificate of Service

I hereby certify that on the 10th day of October, 2007, a copy of the within "Government's Motion To Amend Information" was served on James T. McCormick, counsel for the defendant, via the Electronic Case Filing system.

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov